No. 17, Original. COMMONWEALTH OF PENNSYLVANIA *v.* STATE OF WEST VIRGINIA; and

No. 18, Original. STATE OF OHIO *v.* STATE OF WEST VIRGINIA. Argued December 8, 9, 1921. Order entered January 9, 1922.

It is ordered that these cases be restored to the docket for reargument on February 27, with special reference to the questions: (1) Whether the suit was not prematurely brought as no action has been taken either by the State or by the state commission under the statute, and (2) Whether the bill presents a cause justiciable between the two States parties to the action.

---

No. 368. THOMAS SNYDER, ON BEHALF OF HIMSELF, ETC. *v.* GEORGE G. DAVIDSON JR., INDIVIDUALLY AND AS COLLECTOR OF CUSTOMS, ETC., ET AL. Appeal from the District Court of the United States for the Western District of New York. Argued January 3, 4, 1922. Decided January 9, 1922. *Per Curiam.* Dismissed for want of jurisdiction, upon the authority of *St. Anthony Church v. Pennsylvania R. R. Co.,* 237 U. S. 575, 577–578. *Mr. Basil Robillard* for appellant. *Mr. Assistant Attorney General Ottinger,* with whom *Mr. Solicitor General Beck* and *Mr. Harvey B. Cox* were on the brief, for appellees. *Mr. John W. Beaumont,* by leave of court, filed a brief as *amicus curiae.*